**CGFD33** (10/01/16)

**ORDERED in the Southern District of Florida on February 24, 2017**

**Raymond B Ray**
United States Bankruptcy Judge

---

## United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 16−26194−RBR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cheryl H. McCollins
dba Green Lite Lounge, fka Cheryl Henricksen
PO Box 340643
Brooklyn, NY 11234

SSN: xxx−xx−0912

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #